In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Appellant, for an Order of Peremptory Mandamus against FRANK X. SCHWAB, as Mayor and Commissioner of Public Safety of the City of Buffalo, Respondent.

*Appeal — when order of Appellate Division reversing order granting motion for peremptory mandamus and denying motion not appealable to Court of Appeals.*

*Matter of International Ry. Co.* v. *Schwab,* 203 App. Div. 878, appeal dismissed.

(Argued February 26, 1923; decided March 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1922, which reversed an order of Special Term granting a motion for a peremptory order of mandamus and denying said motion.

*James C. Sweeney* and *Henry W. Killeen* for appellant.

*William S. Rann, Corporation Counsel (Frederic C. Rupp* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: McLAUGHLIN, J.